September 15, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

**JIM RICHARDSON, RICHARDSON OUTDOOR ADVERTISING, INC., AND ACTION DISPLAY, INC., Appellants**

NO. 14-16-00041-CV                    V.

**MH OUTDOOR MEDIA, LLC, Appellee**

_____

This cause, an appeal from the "Order Denying Richardson Defendants' Special Appearances," signed January 11, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's ruling. We order the ruling of the court below **AFFIRMED**.

We order appellants, Jim Richardson, Richardson Outdoor Advertising, Inc., and Action Display, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.